**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

|  |  |  |
|---|---|---|
| STOCKTON MORTGAGE CORPORATION, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 2:25-cv-02991-SHL-cgc |
| SHARHONDA JOHNSON, STEPHON JOHNSON, and the U.S. SECRETARY OF HOUSING AND URBAN DEVELOPMENT, | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER DENYING MOTION TO STAY/ABATE PROCEEDINGS**

Before the Court is Plaintiff Stockton Mortgage Corporation's Motion to Stay/Abate Proceedings, filed March 30, 2026. (ECF No. 20.) Stockton seeks a 120-day abatement of the proceedings to allow Defendant Borrowers Sharhonda Johnson and Stephon Johnson "time to recover" from the severe winter storms of January 2026, which have caused FEMA to place a 120-day moratorium on judicial foreclosures in the region, and to allow Sharhonda Johnson to resolve her recent bankruptcy case. (Id. at PageID 221–22.) Stockton contends that "[a]llowing the parties time to recover from the disaster, without the pressure of concurrent litigation deadlines, aligns with the principles of fairness, efficiency, and judicial economy." (Id. at PageID 222.)

However, the Court wishes that Stockton would feel some litigation pressure at this moment. It has still not succeeded in serving the Johnsons after filing its complaint on October 30, 2025. (ECF No. 1.) After it missed the January 28, 2026 deadline for service, the Court issued a show cause order on February 6. (ECF No. 9.) Stockton responded two weeks later, stating that it had been attempting to locate the Johnsons through a process server. (ECF No. 12

at PageID 201.)  Because they appeared to have abandoned their mortgaged property, Stockton's process server conducted skip traces to find that they had likely separated and taken up new addresses within Memphis, Tennessee.  (Id. at PageID 201–02.)  Thus, it sought an extension of sixty days to complete service (ECF No. 13), which the Court granted, setting a new deadline of March 30 (ECF No. 15).  In that order, the Court warned Stockton that "no further extensions will be granted."  (Id. at PageID 210.)

When the March 30 deadline arrived, instead of reporting that it had effected service, Stockton filed this Motion to Stay/Abate Proceedings.  But because the Johnsons have not been served, the only proceeding to speak of currently is the onus on Stockton to complete service of process.  The Court will not permit such an extensive delay while Defendants remain unserved.  Instead, the Court is prepared to dismiss the complaint without prejudice for lack of service.

"If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).  "But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Id.  Here, an appropriate extension has already been granted.

For the reasons stated above, the Motion to Stay/Abate Proceedings is **DENIED**. Additionally, if Stockton has not served Defendants Sharhonda Johnson and Stephon Johnson by May 10, 2026, this case will be dismissed without prejudice.

IT IS SO ORDERED, this 10th day of April, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

2