**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| STOCKTON MORTGAGE CORPORATION, | ) ) | |
|     Plaintiff, | ) ) | |
| v. | ) ) | No. 2:25-cv-02991-SHL-cgc |
| SHARHONDA JOHNSON, STEPHON JOHNSON, and the U.S. SECRETARY OF HOUSING AND URBAN DEVELOPMENT, | ) ) ) ) ) | |
|     Defendants. | ) | |

**ORDER GRANTING JOINT MOTION FOR ENTRY
OF CONSENT ORDER AS TO UNITED STATES OF AMERICA**

Before the Court is the Joint Motion for Entry of Consent Order as to United States of America, filed March 10, 2026.  (ECF No. 16, 18.)  Plaintiff Stockton Mortgage Corporation and Defendant United States of America agreed to this Consent Order, and state that it "will streamline this litigation, narrow the issues before the Court, and conserve both judicial and legal resources."  (ECF No. 16 at PageID 211.)

For good cause shown, the Motion is **GRANTED**.  It is therefore **ORDERED** as follows:

**CONSENT ORDER AS TO UNITED STATES OF AMERICA**

Plaintiff filed this action seeking judicial foreclosure of real property located at 6968 Snyder Rd., Memphis, TN 38125 (the "Subject Property").  (ECF No. 1 ¶ 9.)  The Complaint is for Judicial Foreclosure of a Security Deed.

Plaintiff joined the United States as a Defendant based on a Partial Claim Mortgage filed and recorded in the Official Public Records of Shelby County, Tennessee, as Instrument Number

25022322 (the "Federal Security Deed").  (Id. ¶ 17.)  A copy of the Federal Security Deed is attached to Plaintiff's Complaint as Exhibit 6.  The total balance owed to the United States of America under the Federal Security Deed is $70,510.32.  The United States was previously served with the pleadings.

The United States does not oppose the Court entering judgment in favor of Plaintiff and ordering the Subject Property sold at a public sale.  Plaintiff and the United States agree that this Consent Order does not affect the United States' ability to pursue collection on the Federal Security Deed as provided by law and said Federal Security Deed shall remain enforceable against any excess funds arising from any foreclosure sale of the Subject Property ordered pursuant to Plaintiff's Complaint.

Therefore, it is hereby **ORDERED** that the relief sought by Plaintiff in its Complaint as against the United States is hereby granted to the extent set forth above.  Plaintiff shall not receive any award or judgment for attorneys' fees or other monetary damages against the United States.

It is **FURTHER ORDERED** that Plaintiff shall provide the United States, though counsel for the United States, with notice and copies of all documents in this action, including correspondence and pre- and post-judgment pleadings, whether presented to the Court or to the Clerk of the Court.  In addition, Plaintiff shall provide to the United States, in the same manner set forth above, notice of any excess proceeds and notice of any agreement between debtor and Plaintiff which delays judgment or judicial sale of the property.

It is **FURTHER ORDERED** that Defendant United States of America is hereby relieved from making any further court appearances in the case.

**IT IS SO ORDERED**, this 5th day of August, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE