**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| STOCKTON MORTGAGE CORPORATION, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 2:25-cv-02991-SHL-cgc |
| SHARHONDA JOHNSON, STEPHON JOHNSON, and the U.S. SECRETARY OF HOUSING AND URBAN DEVELOPMENT, | ) ) ) ) | |
| Defendants. | ) | |

**ORDER GRANTING PLAINTIFF'S MOTION TO LIFT STAY**

Before the Court is Plaintiff Stockton Mortgage Corporation's Motion to Lift Stay, filed August 3, 2026. (ECF No. 25.) On May 11, the Court stayed the case pending Defendant Sharhonda Johnson's bankruptcy proceedings. (ECF No. 23.) On July 8, the Bankruptcy Court terminated proceedings, and Stockton seeks to lift the stay and proceed to serve Defendants. (ECF No. 25 at PageID 240.) The Motion is **GRANTED**. The stay is lifted, and Stockton must proceed expeditiously.

"If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). "But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Id.

Stockton filed its complaint on October 30, 2025, but did not accomplish service of process by the January 28, 2026 deadline. (ECF Nos. 1, 15.) It received a sixty-day extension

through March 30.  (ECF Nos. 15.)  Stockton was cautioned that no further extensions would be granted.  (Id. at PageID 210.)  On March 30, Stockton instead filed a motion to stay proceedings, which was ultimately granted.  (ECF Nos. 20–23.)  In that order, the Court directed Stockton to serve Defendants Sharhonda Johnson and Stephon Johnson by September 8.  (ECF No. 23 at PageID 233.)  Thus, if Stockton does not do so by **September 8, 2026**, this case will be dismissed without prejudice.

  **IT IS SO ORDERED**, this 12th day of August, 2026.

        s/ Sheryl H. Lipman     
        SHERYL H. LIPMAN
        CHIEF UNITED STATES DISTRICT JUDGE